UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYANT DEANDRE HARRIS,

    Plaintiff,

v.

                                     File No: 1:16-cv-935

RANDALL HON, et al.,                  HON. GORDON J. QUIST

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING THE
## REPORT AND RECOMMENDATION

This is a civil rights action brought by a former state prisoner under 28 U.S.C. § 1983. The Court has reviewed the Report and Recommendation ("R&R") filed by United States Magistrate Ray Kent. (ECF No. 58.) The R&R has been duly served on the parties, and no objection has been made within the time required by law. Accordingly,

**IT IS HEREBY ORDERED** that the R&R (ECF No. 58) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for judgment on the pleadings (ECF No. 41) is **DENIED**.

Dated: March 16, 2017                              /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE